

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00239-CV

| | | |
|---|---|---|
| Jay W. Hand | § | From 367th District Court |
| | § | of Denton County (14-08039-367) |
| v. | | |
| | § | April 14, 2016 |
| Harris Hughey | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying Jay W. Hand's motion to dismiss Harris Hughey's claim for defamation. It is ordered that the order of the trial court is affirmed.

It is further ordered that appellant Jay W. Hand shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
      Chief Justice Terrie Livingston